NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORY D. VOORHIS,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2011-3221

---

Petition for review of the Merit Systems Protection Board in case no. DE0752090199-I-2.

---

## ON MOTION

---

## ORDER

The United States moves without opposition for an extension of time, until May 7, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 18 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas F. Muther, Jr., Esq.
     Domenique G. Kirchner, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

· MAY 18 2012

JAN HORBALY
CLERK